UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PHILIP BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, *Acting Commissioner of Social Security,*<br><br>    Defendant. | Case No. CV-22-140-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of April 11, 2023 (Doc. 13), the Commissioner's decision is REVERSED, and this case is REMANDED for further proceedings.

  Dated this 11th day of April, 2023.

            TYLER P. GILMAN, CLERK

            By: /s/ Sarah Nagy
            Sarah Nagy, Deputy Clerk